UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

DAVID NEWSON, )
)
      Petitioner, )
v. ) No. 1:06-cv-0638-SEB-VSS
)
STANLEY KNIGHT, )
)
      Respondent. )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 11/07/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

David Newson, DOC#914340, Pendleton Correctional Facility, P.O. Box 30,
     Pendleton, IN 46064
Office of the Indiana Attorney General, Indiana Government Center South, Fifth Floor, 402
     West Washington Street, Indianapolis, IN 46204-2770 Distribution: